# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

TGE FAMIILY HOLDINGS, LLC

    Plaintiff,

CASE NO.:

v.

XYTEL, INC.,

    Defendant.

_____/

### DECLARATION OF MICHAEL ANTHONY SHAW IN SUPPORT OF REMOVAL

I, Michael Anthony Shaw, hereby declare and state as follows:

1. I am an attorney with Jones Walker LLP and am counsel for Xytel, Inc. ("Xytel") in the above-entitled matter. I am duly licensed to practice law in the State of Florida and before the United States District Court for the Southern District of Florida. Except where otherwise indicated, all of the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. Attached to the Notice of Removal are true and correct copies of all documents filed in *TGE Family Holdings, LLC v. Xytel, Inc.*, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020009725CA01, including the Summons, Civil Case Cover Sheet, and Complaint.

3. No further documents have been filed in the state court action.

4. Contemporaneously with the filing of the Notice of Removal in the United States District Court for the Southern District of Florida, written notice of the removal is being given to counsel for Plaintiff, and a copy of the Notice of Removal is being filed with the Clerk of the

Circuit Court of Miami-Dade County for the State of Florida. Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Removal to the State Court to be filed.

5. Xytel is a Delaware corporation. Xytel has its principal place of business and its main office located in Spartanburg County, South Carolina.

6. Plaintiff TGE Family Holdings, LLC's organizational filings on file and viewable on the Florida Department of State's Sunbiz.org website indicate that TGE Family Holdings, LLC ("Plaintiff") is a Delaware limited liability company with its principal address located in Miami Beach, Florida.

7. While investigating Plaintiff's citizenship, which is determined by the citizenship of its members, my firm found nothing of value as to identity of the actual member(s) of Plaintiff after reviewing (a) public records, (b) online searches, (c) court records, (d) records of both the Florida Department of State's Sunbiz.org website and the Delaware Secretary of State, and (e) the actual communications and documents in Xytel's possession, custody and control.

8. From my firm's review of publicly available records online, I understand that Plaintiff's manager has connections to both Florida and Georgia.

9. The check that funded the deposit at issue in this lawsuit was drawn on an account in the name of three individuals who appear, from my firm's online searches, to live in the New York metropolitan area. The check also included a New York City address for the three individuals.

10. My firm found no connection between Plaintiff and either Delaware or South Carolina.

I hereby declare under penalty of perjury under the laws of the United States and the laws of the States of Alabama and Florida that the foregoing is true and correct, and that this declaration was executed on June 9, 2020, at Mobile, Alabama.

                                              Michael Anthony Shaw