UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22382-CIV-ALTONAGA/Goodman

**TGE FAMILY HOLDINGS, LLC**,

    Plaintiff,
v.

**XYTEL, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, TGE Family Holdings, LLC's Notice[s] of Conventional Filing[s] [ECF Nos. 11, 13, 15], filed on June 18 and 19, 2020. In an unconventional manner, Plaintiff files Notice[s] informing the Court of its intention to comply with the Court's Orders. Simply put, Plaintiff's Notices, attaching copies of the Court's Orders, are unnecessary. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Notices **[ECF Nos. 11, 13, 15]** are **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of June, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record